**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>SO. CAL. EQUAL ACCESS GROUP<br>Jason J. Kim (SBN: 190246)<br>101 S. Western Ave., Second Floor<br>Los Angeles, CA 90014<br>TELEPHONE NO.: (213) 252-8008   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff, DENNIS COOPER | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 350 W. 1st STREET<br>MAILING ADDRESS: 350 W. 1st STREET<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012<br>BRANCH NAME: FIRST STREET COURTHOUSE | |
| PLAINTIFF/PETITIONER: DENNIS COOPER<br>DEFENDANT/RESPONDENT: HIROYUKI YAMAOKA D/B/A FUJI RESTAURANT SUSHI & TEPPANYAKI | CASE NUMBER:<br>5:23-cv-02155-SSS-SPx |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* See Attachment
3. a. Party served *(specify name of party as shown on documents served):*
      HIROYUKI YAMAOKA D/B/A FUJI RESTAURANT SUSHI & TEPPANYAKI
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Fed. R. Civ. P. 4(c)(2)
4. Address where the party was served:
   41025 BIG BEAR BLVD., BIG BEAR LAKE, CA 92315          "Service in compliance with federal rules of civil procedures"
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date):* 11/5/2023   (2) at *(time):* 3:45 p.m.
   b. ☐ **by substituted service.** On *(date):*          at *(time):*          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*          from *(city):*          or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS-010

| PLAINTIFF/PETITIONER: DENNIS COOPER | CASE NUMBER: |
| --- | --- |
| DEFENDANT/RESPONDENT: HIROYUKI YAMAOKA D/B/A FUJI RESTAURANT SUSHI & TEPPANYAKI | 5:23-cv-02155-SSS-SPx |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*  (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                       ☐ other:

7. **Person who served papers**
   a. Name: SoCal Legal Service
   b. Address: 1015 W. Granada Court, Ontario, CA 91762
   c. Telephone number: (909) 343-9944
   d. **The fee** for service was: $ 80.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
         (i) ☐ owner  ☐ employee  ☑ independent contractor.
         (ii) Registration No.: 833
         (iii) County: San Bernardino

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: November 8, 2023

Michael Rodgers
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *Michael Rodgers*
(SIGNATURE)

POS-010 [Rev. January 1, 2007]          **PROOF OF SERVICE OF SUMMONS**          Page 2 of 2

| | | |
|---|---|---|
| DENNIS COOPER | v. | CASE No. 5:23-cv-02155-SSS-SPx |
| HIROYUKI YAMAOKA D/B/A FUJI RESTAURANT SUSHI & TEPPANYAKI | | |

I served copies of:

1. Summons;
2. Complaint;
3. Civil Case Cover Sheet;
4. Certificate and Notice of Interested Parties;
5. Notice of Assignment to United States Judge;
6. Notice of Parties of Court-Directed ADR Program;
7. Notice to Parties: ADA Disability Access Litigation;
8. ADA Disability Access Litigation;
9. Application for Stay and Early Mediation;
10. ADA Disability Access Litigation: (Proposed) Order Granting Application for Stay and Early Mediation